UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-61598-CIV-GOLD/TURNOFF

JARED GRODZITSKY,
on his own behalf and others
similarly situated,

    Plaintiff,

v.

PREMIER BEVERAGE COMPANY, LLC.,
a Florida corporation,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE; CLOSING CASE

THIS CAUSE is before the Court upon the Joint Motion for Court Approval of Settlement Agreement and General Release and Joint Stipulation for Voluntary Dismissal of Claims, with prejudice [DE 10]. The Court, having reviewed the Joint Motion, the Joint Stipulation, the written Settlement Agreement and General Release entered into between the parties, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. The Parties' Joint Motion [DE 10] is GRANTED;

2. The Settlement Agreement in APPROVED;

3. The above-styled cause be and the same is hereby DISMISSED with prejudice;

4. The Court retains jurisdiction to enforce the Settlement Agreement;

5. All pending motions are DENIED AS MOOT and all hearings are CANCELLED;

6. The Clerk of Court is hereby directed to close this case.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida this ___ day of March, 2008.

                                      THE HONORABLE ALAN S. GOLD
                                      U.S. DISTRICT COURT JUDGE

cc:    All counsel of record